197 F.3d 917 (8th Cir. 1999)
 JIMMY EUGENE HARRIS, APPELLANT,
v.
TUCKER UNIT THERAPEUTIC COMMUNITY STAFF; CHISM, MR., T. C. PROGRAM LEADER, TUCKER UNIT THERAPEUTIC COMMUNITY, ARKANSAS DEPARTMENT OF CORRECTION; LAMB, MR., T. C., COUNSELOR, TUCKER UNIT THERAPEUTIC COMMUNITY, ARKANSAS DEPARTMENT OF CORRECTION; PEGGY RAMERIZ, MS., T. C. PROGRAM OPERATIONS MANAGER/PROGRAM LEADER, TUCKER UNIT THERAPEUTIC COMMUNITY, ARKANSAS DEPARTMENT OF CORRECTION; ROGER CAMERON, MR., T. C. PROJECT COORDINATOR, TUCKER UNIT THERAPEUTIC COMMUNITY, ARKANSAS DEPARTMENT OF CORRECTION, APPELLEES.
 No. 99-2623
 UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
 Submitted: October 7, 1999
December 03, 1999
 
 Appeal from the United States District Court for the Eastern District of Arkansas.
 Before McMILLIAN, Richard S. Arnold, and Hansen, Circuit Judges.
 PER CURIAM.
 
 
 1
 Jimmy Eugene Harris, an Arkansas inmate, appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies under 42 U.S.C. § 1997e(a). Having carefully reviewed the record and the parties' briefs, we affirm on the basis that Harris's complaint failed to state a claim of deliberate indifference to his medical needs by prison authorities. See Farmer v. Brennan, 511 U.S. 825 (1994).
 
 
 2
 Accordingly, we affirm the judgment of the district court without further Discussion. See 8th Cir. R. 47B.
 
 
 
 NOTE:
 
 
 [1]
 The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.